**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**UNITED STATES OF AMERICA**

vs

**ASHLEY SELENTA CRAWFORD**

Case Number. 2:15-cr-11-FtM-38CM

USM Number: 60040-180

**Martin Der Ovanesian, AFPD**
Suite 301
1514 Broadway
Ft Myers, FL 33901

**JUDGMENT IN A CRIMINAL CASE**
For Revocation of Probation or **Supervised Release**

The defendant admitted guilt to the following violation conditions: One, Two, Three, and Four of the term of Supervised Release. Accordingly, the court has adjudicated that the defendant is guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Positive urinalysis for cocaine on January 19, 2015, in violation of Condition Seven of the Standard Conditions of Supervision | January 19, 2015 |
| Two | Positive urinalysis for cocaine on February 12, 2015, in violation of Condition Seven of the Standard Conditions of Supervision | February 12, 2015 |
| Three | Positive urinalysis for cocaine on March 14, 2015, in violation of Condition Seven of the Standard Conditions of Supervision | March 14, 2015 |
| Four | Positive urinalysis for cocaine on July 15, 2015, in violation of Condition Seven of the Standard Conditions of Supervision | July 15, 2015 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as modified by United States v. Booker, 543 US 220 (2005).

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

November 16, 2015

_____
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

November ___20th____, 2015

AO 245B (Rev. 4/09) Judgment in a Criminal Case

**Ashley Selenta Crawford**
**2:15-cr-11-FtM-38CM**

## SUPERVISED RELEASE

The Defendant's previously imposed term of supervised release is **REINSTATED AND ALL TERMS AND CONDITIONS ARE REIMPOSED.**

AO 245B (Rev. 4/09) Judgment in a Criminal Case